# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RITTENHOUSE PLAZA, INC. | : No. 313 EAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| JOAN LICHTMAN | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| MARVIN LEVIN, MARY DUDEN, | : |
| STANTON OSWALD, WILLIAM | : |
| LEDERER, E. GERALD RIESENBACH, | : |
| JON SIRLIN, DANA PLON AND PETER | : |
| LESSER | : |
| | : |
| | : |
| PETITION OF: JOAN LICHTMAN | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Leave to Supplement and the Petition for Allowance of Appeal are **DENIED**.